UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Ramirez v. Davol, Inc., et al.*
Case No. 2:22-cv-3573

## ORDER

On March 31, 2020, Plaintiff Carmen Ramirez filed a complaint in the Rhode Island Superior Court under Case No. PC-2020-02740. (ECF No. 3-1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Composix Kugel Hernia Patch and a PerFix Plug hernia device. (*Id.*) On October 4, 2022, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Composix Kugel Hernia Patch and PerFix Plug. (ECF No. 1.) On May 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2020-02740. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**6/8/2023**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**